**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 10-7115**

───────────

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

     v.

KENNETH EDMOND THOMAS,

                Defendant - Appellant.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T.S. Ellis, III, Senior District Judge.  (1:02-cr-00004-TSE-1)

───────────

Submitted: April 28, 2011          Decided: May 2, 2011

───────────

Before DAVIS, KEENAN, and WYNN, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Kenneth Edmond Thomas, Appellant Pro Se.  Morris Rudolph Parker, Jr., Assistant United States Attorney, Alexandria, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Edmond Thompson appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Thomas</u>, No. 1:02-cr-00004-TSE-1 (E.D. Va. filed July 29 & entered July 30, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>